UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

FILED
AUG 0 6 2019
Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, Plaintiff, | § § § | |
|---|---|---|
| v. | § § | 4:18-cv-00118-ALM-CAN |
| MARK D. GUIDUBALDI & ASSOCIATES LLC, DBA PROTECTION LEGAL GROUP, AND CORPORATE BAILOUT LLC, Sanford J. Feder Esq, Mark D. Guidubaldi, Esq, Cashflow Care, LLC | § § § § § § § | |
| Defendants. | | |

**PLAINTIFF'S Status Report and Motion to Dismiss without prejudice**

1. The Plaintiff has conferred with the attorney for Defendant Mark D. Guidubaldi and Associates, LLC, dba Protection legal group and believes that an automatic stay is in place and the Plaintiff should dismiss this case without prejudice and seek his recovery through bankruptcy court or in a seperate action against the other defendants.

*/s/ Craig Cunningham*
Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206, Plano Tx 75075, 8/6/2019

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>MARK D. GUIDUBALDI & ASSOCIATES LLC, DBA PROTECTION LEGAL GROUP, AND CORPORATE BAILOUT LLC, Sanford J. Feder Esq, Mark D. Guidubaldi, Esq, Cashflow Care, LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  4:18-cv-00118-ALM-CAN<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S Certificarte of Service**

I hereby certify a true copy of the foregoing was mailed to the defendants of record in this case.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206, Plano Tx 75075, 8/6/2019