# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-118 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| MARK D. GUIDUBALDI & ASSOCIATES § | |
| LLC d/b/a PROTECTION LEGAL GROUP, § | |
| ET AL. § | |

## ORDER OF DISMISSAL

Came on to be considered this day Plaintiff's Status Report and Motion to Dismiss without Prejudice (Dkt. #57) ("Motion"), wherein Plaintiff advises that he "believes that an automatic stay is in place and the Plaintiff should dismiss this case without prejudice and seek his recovery through bankruptcy court or in a separate action against the other defendants" (Dkt. #57 at p. 1). The Court, having considered the Motion, determines that the Motion should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that that all remaining claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED** this 8th day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE